IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MATTHEW VAUGHN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NEBRASKA FURNITURE MART, LLC and TXFM, INC. *d/b/a Nebraska Furniture Mart*, | ) ) ) |
| Defendants. | ) Civil Action No. 3:19-CV-1220-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's Motion for Default Judgment should be granted in part.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Motion for Default Judgment is hereby **GRANTED IN PART**. Judgment shall be entered on even date.

SO ORDERED this 7th day of April, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendants have failed to file objections to the Magistrate Judge's Findings, Conclusions and Recommendation and the time to do so has now expired.